# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bryce Tyrone Verhonich,<br><br>　　　　Appellant<br><br>v.<br><br>United States of America,<br><br>　　　　Appellee | Case No. 2:24-cv-02148-CDS-DJA<br><br>**ORDER ON STIPULATION TO SET BRIEFING SCHEDULE**<br><br>[ECF No. 3] |

　　　Based on the parties' stipulation,

　　　IT IS HEREBY ORDERED that appellant Bryce Verhonich has up to and including January 6, 2025 to file an opening brief.

　　　IT IS FURTHER ORDERED that the Government has up to and including January 20, 2025 to file an answering brief.

　　　IT IS FURTHER ORDERED that appellant has to and including January 27, 2025 to file a reply brief.

　　　Dated: November 27, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　United States District Judge