# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bryce Tyrone Verhonich,<br><br>　　　　　Appellant<br><br>v.<br><br>United States of America,<br><br>　　　　　Appellee | Case No. 2:24-cv-02148-CDS-DJA<br><br>**Order Shortening Time for the Government to Respond to Appellant's Emergency Motion** |

  Appellant Bryce Tyrone Verhonich moves on an emergency basis to extend his February 7, 2025, self-surrender date. ECF No. 10. The local rules of this district provide the court with the sole discretion to determine whether an "emergency" motion is, in fact, an emergency. LR 7-4(c). Although emergency motions are disfavored, LR 7-4(b), I find Verhonich's looming obligation to surrender persuasive. As such, the government must file its response to Verhonich's emergency motion no later than January 30, 2025. The appellant need not file a reply.

  Dated: January 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge