# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Bryce Tyrone Verhonich,<br><br>        Appellant<br><br>vs.<br><br>United States of America,<br><br>        Appellee | Case No. 2:24-cv-02148-CDS-DJA<br><br>**Order Approving Stipulation to Extend Time to File Government's Answering Brief and Appellant's Reply**<br><br>[ECF No. 9] |

   Based on the parties' stipulation, the deadline for the Government to file an answering brief is extended up to and including January 27, 2025; and appellant Bryce Tyrone Verhonich has up to and including February 3, 2025, to file his reply.

   Dated: January 21, 2025

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

The parties are reminded to update their captions to reflect the appeal from administrative decision, not the criminal case.