**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Bryce Tyrone Verhonich,

    Appellant

v.

United States of America,

    Appellee

Case No.: 2:24-cv-02148-JAD-DJA

**Order Continuing Self-Surrender Date to March 7, 2025**

[ECF No. 10]

    Bryce Tyrone Verhonich appeals his misdemeanor conviction and sentence stemming from a jet-ski accident that resulted in the death of his passenger. He was ordered to self-surrender to the Bureau of Prisons by February 7, 2025, to begin serving his six-month sentence. Verhonich moves for release on a personal-recognizance bond pending this appeal and moves on an emergency basis to extend his self-surrender date by 60 days to give the court time to consider his bond motion.[1] The government opposes both motions, conceding that Verhonich isn't a flight or safety risk but arguing that his appeal doesn't raise any meritorious claims.[2]

    This case was transferred to the undersigned judge last week.[3] I thus find good cause to continue Verhonich's self-surrender date by 30 days to provide sufficient time for this court to consider the merits of Verhonich's bond motion. Accordingly,

---

[1] ECF Nos. 8, 10.

[2] ECF Nos. 16, 17.

[3] ECF No. 14.

IT IS ORDERED that Bryce Tyrone Verhonich's emergency motion to continue his self-surrender date **[ECF No. 10] is GRANTED in part.  Bryce Tyrone Verhonich must self-surrender to the facility designated by the Bureau of Prisons by noon on March 7, 2025.**

_____
U.S. District Judge Jennifer A. Dorsey
February 5, 2025